IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| JULIE O'NEILL, | Case No. 1:23-cv-410 |
| Plaintiff, | Judge Matthew W. McFarland |
| | Magistrate Judge Karen L. Litkovitz |
| v. | |
| SCRIPPS MEDIA, INC., d/b/a WCPO-TV, et al., | |
| Defendants. | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 22)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 22), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety.

Accordingly, the Court **ORDERS** the following:

1. Defendants' Partial Motion to Dismiss (Doc. 15) is **GRANTED IN PART and DENIED IN PART**;

2. Plaintiff's claims against Defendant E.W. Scripps Company are **DISMISSED**;

3. Plaintiff's claims against Defendant WCPO-TV for willful violations of the Equal Pay Act (Count I) and state-law aiding and abetting (Count VIII) are

   DISMISSED; and

4. Plaintiff's claims against Defendant WCPO-TV for non-willful violations of the Equal Pay Act (Count I), employment discrimination (Counts II, IV, and VI), and retaliation (Counts III, V, and VII) **MAY PROCEED**.

**IT IS SO ORDERED.**

                                   UNITED STATES DISTRICT COURT
                                   SOUTHERN DISTRICT OF OHIO

                              By: _____
                                   JUDGE MATTHEW W. McFARLAND