# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JULIE O'NEILL,<br>    Plaintiff, | Case No. 1:23-cv-410<br>McFarland, J.<br>Litkovitz, M.J. |
| vs. | |
| SCRIPPS MEDIA, INC., d/b/a<br>WCPO-TV, et al.,<br>    Defendants. | ORDER |

This matter is before the Court on defendants' motion to dismiss plaintiff's original complaint (Doc. 6), filed on September 28, 2023. Subsequent to the filing of the motion, plaintiff filed an amended complaint, which became the operative complaint in this matter. Accordingly, the motion to dismiss the original complaint is **DENIED** as moot.

    **IT IS SO ORDERED.**

_____
Karen L. Litkovitz
Chief United States Magistrate Judge