**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Julie O'Neill,

           Plaintiff(s),                    Case No. 1:23-cv-410

                                    (McFarland, J.; Litkovitz, M.J.)

           v.

Scripps Media, Inc.,

           Defendant(s).

## CALENDAR  ORDER

This case shall proceed as follows:

1.     Deadline for leave to amend pleadings: **August 1, 2024**
        Deadline for motions relative to the pleadings: **August 1, 2024**

2.     Deadline for disclosure of expert witnesses and submission of expert reports:
        Plaintiff(s) identify and produce primary expert report(s): **January 3, 2025**
        Defendant(s) identify and produce primary expert report(s) **February 5, 2025**
        Parties Disclosure and report of rebuttal experts: **March 3, 2025**
        Disclosure of non-expert (fact) witnesses:  **May 5, 2025**

3.     Discovery deadline: **July 1, 2025**

4.     Dispositive motion deadline: **August 15, 2025**

5.     Final Pretrial Conference and Jury Trial dates will be set at a later date by Judge
        McFarland pursuant to his case management schedule.*

Date  7/30/2024

                             Karen L. Litkovitz
                             United States Magistrate Judge

*The specific dates will be assigned by the District Court

awh     July 30, 2024